UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIVA D. BLACK,<br><br>             Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>             Defendant. | Case No. 2:21-cv-01094-JDP (HC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

    Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action together with two requests for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed either application for leave to proceed i*n forma pauperis* on the form used by this district. Accordingly, plaintiff's applications will be denied without prejudice, and plaintiff will be provided the opportunity to submit an application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint.

    In accordance with the above, it is hereby ORDERED that:

    1. Plaintiff's applications to proceed *in forma pauperis*, ECF Nos. 2 and 14, are denied without prejudice.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

Forma Pauperis By a Prisoner.

3. Plaintiff shall submit, within thirty days from the date of this order, either the $402 filing fee or a completed application to proceed *in forma pauperis*. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE