UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIVA D. BLACK,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>    Defendant. | No. 2:21-cv-01094-TLN-JDP<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 29, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 67.) Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 29, 2022, (ECF No. 67), are adopted in full;

2. Plaintiff's Third Amended Complaint, (ECF No. 53), is DISMISSED with prejudice and without leave to amend for failure to state a claim[1]; and

3. Plaintiff's motions for injunctive relief, (ECF Nos. 42, 47, 54, 55, & 58), are DENIED.

**DATED: June 1, 2022**

Troy L. Nunley
United States District Judge

---

[1] After the March 29, 2022 Findings and Recommendations were issued, Plaintiff filed a fourth amended complaint. (ECF No. 69.) That complaint contains the same deficiencies that have plagued his earlier complaints. Accordingly, there is no basis for allowing Plaintiff to proceed on that complaint.

2