UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIVA D. BLACK,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>    Defendant. | No. 2:21-cv-01094-TLN-JDP<br><br>**ORDER** |

On March 29, 2022, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to findings and recommendations were to be filed within fourteen days. (ECF No. 67.) Plaintiff Siva D. Black ("Plaintiff") filed objections to the findings and recommendations on April 12, 2022. (ECF No. 70.) On June 2, 2022, this Court adopted the findings and recommendations. (ECF No. 80.) Concurrently, the Court: (1) dismissed the Third Amended Complaint with prejudice and without leave to amend for failure to state a claim; and (2) denied Plaintiff's Motion to Stay, Motion for Federal Investigation, Motion for Court Order, Motion for Declaratory and Injunctive Relief, and Motion for Preliminary Injunction. (*Id.*) Subsequently, the Court entered judgment on June 8, 2022, and closed the case. (ECF No. 82.) Shortly after, Plaintiff filed a request for reconsideration. (ECF

1  No. 84.)

2  "Under Rule 59(e), a motion for reconsideration should not be granted, absent highly
3  unusual circumstances, unless the district court is presented with newly discovered evidence,
4  committed clear error, or if there is an intervening change in the controlling law." *389 Orange St.*
5  *Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).

6  Plaintiff alleges he would like to "start over" but does not provide any new evidence,
7  point to clear error, or allege a change of controlling law. (ECF No. 84.) The Court has carefully
8  reviewed the entire file, including Plaintiff's requests. (*Id.*) The Court finds the magistrate
9  judge's order as well as this Court's prior order are supported by the record and by proper
10 analysis. Simply put, the Rule 59(e) standard is not met here. For the foregoing reasons,
11 Plaintiff's Motion for Reconsideration (ECF No. 84) is hereby DENIED.

12 IT IS SO ORDERED.

13 **DATED: July 8, 2022**

16 _____
17 Troy L. Nunley
United States District Judge